**Dated: August 2, 2021**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TRUE COLOURS, INC. | ) | Case No. 20-10845-SAH |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| FIRST NATIONAL BANK & TRUST | ) | |
| COMPANY WEATHERFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Pro. 20-01048-SAH |
| | ) | |
| TRUE COLOURS, INC., an Oklahoma | ) | |
| corporation; and RCB BANK, an Oklahoma | ) | |
| banking corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER STRIKING TRUE COLOURS, INC.'S MOTION
TO DISMISS FOR FAILURE TO PROSECUTE [DOC. 18]**

Before the Court is True Colours, Inc.'s Motion to Dismiss for Failure to Prosecute [Doc. 18] (the "Motion") filed on August 2, 2021. The Motion does not comply with applicable Local Rules in that it does not contain "and Notice of Opportunity for Hearing" in the title of

the Motion.[1] Further, the Motion contains the wrong notice period.[2] Therefore, it is hereby STRICKEN.[3]

    IT IS SO ORDERED.

# # #

---

[1] See Local Rule 9013-1.G.

[2] See General Order No. 15-2, Order Clarifying Response Deadline Applicable to Certain Requests for Relief, entered by this Court on June 15, 2015. The appropriate notice period is 14 days.

[3] "Documents filed with the Court which do not comply with the Local Rules and the ECF Guidelines may be stricken without notice and without time to correct the deficiency(ies) at the Court's discretion." See Local Rule 9010-1.I.