**Dated: September 27, 2021**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TRUE COLOURS, INC. | ) | Case No. 20-10845-SAH |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| FIRST NATIONAL BANK & TRUST | ) | |
| COMPANY WEATHERFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Pro. 20-01048-SAH |
| | ) | |
| TRUE COLOURS, INC., an Oklahoma | ) | |
| corporation; and RCB BANK, an Oklahoma | ) | |
| banking corporation, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER STRIKING MOTION TO DISMISS
### RCB BANK FROM ADVERSARY PROCEEDING [DOC. 30]

Before the Court is Motion to Dismiss RCB Bank from Adversary Proceeding [Doc. 30] (the "Motion") filed on September 24, 2021, by Plaintiff, First National Bank & Trust Company, Weatherford, Oklahoma. The Motion does not comply with applicable Local Rules in that it

does not contain "and Notice of Opportunity for Hearing" in the title of the Motion.[1]  Therefore, it is hereby STRICKEN.[2]

    IT IS SO ORDERED.

# # #

---

[1] See Local Rule 9013-1.G.

[2] "Documents filed with the Court which do not comply with the Local Rules and the ECF Guidelines may be stricken without notice and without time to correct the deficiency(ies) at the Court's discretion." See Local Rule 9010-1.I.