IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:<br><br>   TRUE COLOURS, INC.<br><br>                      Debtor. | Case No. 20-10845-SAH<br>Chapter 11 |
| FIRST NATIONAL BANK & TRUST<br>COMPANY WEATHERFORD,<br><br>       Plaintiff,<br><br>v.<br><br>TRUE COLOURS, INC., an Oklahoma<br>corporation; and RCB Bank, an<br>Oklahoma banking corporation,<br>                      Debtor. | Adversary No. 20-01048 |

**AMENDED MOTION TO DISMISS RCB BANK FROM ADVERSARY
PROCEEDING AND NOTICE OF OPPORTUNITY FOR HEARING**

COMES NOW, the Plaintiff, First National Bank & Trust Company, Weatherford, Oklahoma, ("First National Bank Weatherford") in the above styled adversary proceeding, and hereby moves this Court to dismiss with prejudice all claims asserted by First National Bank Weatherford against RCB Bank, including First National Bank Weatherford's request to rescind the loan transaction, for the reason that First National Bank Weatherford has now reached a settlement with the Debtor in this action, so that the claims of First National Bank Weatherford against RCB Bank are rendered moot.

**NOTICE OF OPPORTUNITY FOR HEARING**

Your rights pay be affected. You should read this document carefully and consult your attorney about your rights and and effect of this

**document.** If you do not want the Court to sustain the Motion to Dismiss RCB Bank from Adversary Proceeding, or you wish to have your views considered, you must file a written response to the Motion to Dismiss RCB Bank from Adversary Proceeding with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, Oklahoma, 73102 no later than 14 days from the date of filing of the Motion to Dismiss RCB Bank from Adversary Proceeding therein. If the Motion to Dismiss RCB Bank from Adversary Proceeding was served upon you by mail, you are allowed an additional three (3) days to respond to the Motion under Local Bankruptcy Rule 9013(e). You should also serve a file stamped copy of the response to the undersigned (and others who are required to be served) and file a certificate of service with the Court. If not response is timely filed, the Court may sustain the Motion to Dismiss RCB Bank from Adversary Proceeding and/or strike the scheduled hearing without further notice.

WHEREFORE, PREMISES CONSIDERED, creditor, First National Bank Weatherford, respectfully prays that this Court approve Plaintiff's request to Dimiss with Prejudice RCB Bank from the above styled adversary proceeding.

First National Bank Weatherford requests such additional relief, at law or in equity, which this Court believes First National Bank Weatherford is entitled to receive.

Respectfully submitted,

Houston, Osborn, Sexton & Thomas, PLLC

/s/ Micah D. Sexton
Micah D. Sexton, OBA #13774
Scott K. Thomas, OBA #21842
Attorneys for First National Bank Weatherford
123 W. 7th Ave., Suite 200
P.O. Box 1118
Stillwater, OK 74076
(405) 377-7618 (voice)
(405) 377-8234 (facsimile)
msexton@houston-osborn.com

2

## CERTIFICATE OF SERVICE

This is to certify that a true and correct photostatic copy of the above and foregoing document was mailed by first class mail, postage prepaid, this 28th day of September, 2021, to all persons listed on the bankruptcy matrix in the above styled case, including the following:

Amanda R. Blackwood
Blackwood Law Firm, PLLC
PO Box 6921
Moore, OK 73153

Gary D. Hammond
512 NW 12th Street
Oklahoma City, OK 73103

Stephen J. Moriarty
Fellers, Snider
100 N. Broadway Ave., Suite 1700
Oklahoma City, OK 73102-8820
(405) 232-0621

United States Trustee
215 Dean McGee Ave., 4th Floor
Oklahoma City, OK 73102

Karen Walsh
Riggs, Abney, Neal, Turpen, Orbison and Lewis
502 W. 6th Street
Tulsa, OK 74119-1016

John W. Mee, III
Mee Hoge, PLLP
1900 NW Expressway, Suite 1400
Oklahoma City, OK 73118

All other parties listed on the attached bankruptcy matrix

/s/ Micah D. Sexton
Micah D. Sexton

24 Capital
31-10 37th Ave.
Long Island City, NY 11101


ABCO Rents
2033 E. 11th St.
Tulsa, OK 74104


Arvest Bank
524 N. Main St.
Stillwater, OK 74075


Arvest/Security Bankcard Center
PO Box 2169
Lowell, AR 72745


Ascentium Capital, LLC
23970 Highway 59 North
Kingwood, TX 77339-1535


Blue Bridge Financial, LLC
201 Buffalo
Buffalo, NY 14203


Brian Hobbs
6 Champion Place
Stillwater, OK 74074


Capital One
PO Box 30285
Salt Lake City, UT 84130-0285


Currency Capital, LLC
Los Angeles Headquarters
12100 Wilshire Blvd. #1750
Los Angeles, CA 90025



EXHIBIT A

DSA Factors
3126 N. Lincoln Ave.
PO Box 577520
Chicago, IL 60657


Emerald Hills Capital Management, LLC
d/b/a Outbound Capital
355 S. Teller St. #200
Lakewood, CO 80226


Expansion Capital
5801 S. Corporate Pl.
Sioux Falls, SD 57108


Financial Pacific Leasing, Inc.
PO Box 4568
Federal Way, WA 98063


First National Bank & Trust Co. Weathfor
4611 West 6th
Stillwater, OK 74074


Fundamental Capital, LLC aka Spark Fundi
201 Mission St.
San Francisco, CA 94105


Gage Inc., LLP
PO Box 223
Sister Bay, WI 54234


Green Capital Funding, LLC
116 Nassau St., Ste. 804
New York, NY 10038


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

K&K Interiors
2230 Superior St.
Sandusky, OH 44870


Kabbage
925 B Peachtree St. NE, Ste. 1688
Atlanta, GA 30309


Loanbuilder
3505 Silverside Rd.
Wilmington, DE 19810


Mark Sarno
6 Champion Place
Stillwater, OK 74074-1065


Mark Sarno
6 Champion Place
Stillwater, OK 74074


Melrose International
1400 N. 30th St., Ste 22
PO Box 3441
Quincy, IL 62305


MM Funding Group
114-116 Ditmas Avenue
Brooklyn, NY 11218


National Funding, Inc.
9820 Towne Centre Dr., Ste. 200
San Diego, CA 92121


On Deck Capital
1400 Broadway
New York, NY 10018

Pawnee Leasing Corporation
3801 Automation Way, Ste. 207
Fort Collins, CO 80525


Raz Imports
1020 Eden Rd.
Arlington, TX 76001


RCB Bank Stillwater
324 S. Duck
Stillwater, OK 74074


The Florist Federal Credit Union
404 N. Kentucky Ave.
Roswell, NM 88201

Connie Duglin Linen
6402 W. Linebaugh Ave.
Tampa, FL 33625


L&J Realty
520 W. 6th
Stillwater, OK 74074


Odd Fellows Development Group
621 S. Husband
Stillwater, OK 74074