**Dated: September 29, 2021**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:<br><br>TRUE COLOURS, INC.,<br><br>　　　　　　　　　　Debtor. | Case No. 20-10845-SAH<br>(Chapter 11) |
| FIRST NATIONAL BANK & TRUST COMPANY WEATHERFORD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TRUE COLOURS, INC., an Oklahoma corporation, and RCB Bank, an Oklahoma banking corporation,<br><br>　　　　　Defendants. | Adversary No. 20-01048 |

**ORDER DISMISSING ADVERSARY CASE**

COMES NOW before me, the undersigned Judge, for hearing on September 29, 2021, *True Colours, Inc.'s Motion to Dismiss For Failure To Prosecute And Notice of Opportunity for Hearing* (the "*Motion*") filed by True Colours, Inc. on August 3, 2021 [Doc. 20] and the *Objection to Motion to Dismiss* [Doc. 22] filed by First National Bank & Trust Company Weatherford on August 16, 2021. Present at the hearing were Amanda R. Blackwood, counsel for True Colours, Inc., Brian Hobbs, owner of True Colours, Inc., and Scott Thomas, counsel for First National Bank & Trust Company Weatherford. After reviewing the pleadings and hearing arguments of counsel, the Court finds that the above-captioned adversary case is dismissed for the reasons set forth in the record. All findings of fact are based upon representations of counsel for True Colours, Inc.

###

APPROVED:

/s/ Amanda R. Blackwood
Amanda R. Blackwood, OBA #33839
BLACKWOOD LAW FIRM, PLLC
PO Box 6921
Moore, OK 73153
405.633.1464 -Telephone
405.378.4466 – Facsimile
amanda@blackwoodlawfirm.com – Email
**ATTORNEY FOR DEBTOR**